RENEE T. C. D'ANDRIA, Respondent, *v.* RICHARD HAGEMAN, Appellant.

Argued May 17, 1938; decided July 7, 1938.

*Edward E. Hoenig* and *William M. Sullivan* for appellant.

*Samuel Meyers* and *Morris Meyers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.